E-FILED
Friday, 08 February, 2008  03:30:08 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   No. 07-3281 ) |
| SCHECK MECHANICAL CORP., and SCHECK INDUSTRIAL CORPORATION, | ) ) ) ) |
| Defendants. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Plaintiffs' Motion for Default Judgment (d/e 8). The Court has reviewed the Motion and other pleadings, and finds that the Complaint has been duly filed and served upon Defendants, Scheck Mechanical Corp. and Scheck Industrial Corporation, and that the Defendants have failed to answer or otherwise plead within the statutory time frame.

THEREFORE, Plaintiffs' Motion for Default Judgment (d/e 8) is ALLOWED. A default judgment is hereby entered in favor of the Plaintiffs

and against Defendants, Scheck Mechanical Corp. and Scheck Industrial Corporation, as follows:

    A.    Judgment is awarded in favor of the Plaintiffs and against the Defendants in the sum of $63,977.60 for monthly reporting forms and payment of unpaid contributions for the period of July 2007, and August 2007; plus pre-judgment interest, liquidated damages in the amount of twenty percent (20%) of the entire delinquency; and any additional months in which contributions, at the time of Judgment, have not been remitted to the Fund with applicable reporting forms.

    B.    Defendants are ordered to perform and continue to perform all their obligations to the Plaintiffs.

    C.    Defendants are ordered to pay to the Plaintiffs their attorney's fees in the amount of $1,397.00, as provided by ERISA, 29 U.S.C. Section 1132(g)2).

    D.    Defendants are ordered to pay all cost attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.
ENTER:   February 8, 2008
       FOR THE COURT:

                          s/ Jeanne E. Scott
                         JEANNE E. SCOTT
                 UNITED STATES DISTRICT JUDGE